E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
KERRY L. QUINN (Cal. Bar No. 302954)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5423
     Facsimile: (213) 894-6269
     E-mail:    Kerry.L.Quinn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>ABDUL-MALIK MCCLAIN,<br><br>             Defendant. | No. 2:21-CR-580-MWF<br><br>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATE:** 06-13-2023<br>**PROPOSED TRIAL DATE:** 11-28-2023 |

     Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorney Kerry L. Quinn, and

defendant Abdul-Malik McClain ("defendant"), both individually and by

and through his counsel of record, Justin A. Palmer, Esq., hereby

stipulate as follows:

     1.   The Indictment in this case was filed on December 16, 2021,

and made public on December 20, 2021.  Defendant first appeared

before a judicial officer of the court in which the charges in this

case were pending on December 20, 2021.  The Speedy Trial Act, 18

U.S.C. § 3161, originally required that the trial commence on or before February 28, 2022.

2.   On December 20, 2021, the Court set a trial date of February 15, 2022.

3.   Defendant is released on bond pending trial.  The parties estimate that the trial in this matter will last approximately 4-5 days.

4.   The Court has previously continued the trial date in this case from February 15, 2022, to June 13, 2023, and found the interim period to be excluded in computing the time within which the trial must commence, pursuant to the Speedy Trial Act.

5.   By this stipulation, defendant moves to continue the trial date to November 28, 2023.

6.   Defendant requests the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

a.   Defendant is charged with ten counts of mail fraud in violation of 18 U.S.C. § 1341 and two counts of aggravated identity theft in violation of 18 U.S.C. § 1028A.  The government has produced discovery to the defense, including approximately 45,000 pages of documents (some of which constitute recordings and other electronic files, which are themselves voluminous, with the entire production comprising approximately 11 Gigabytes of data).  The discovery in the case includes, among other documents and records: agent reports, bank records, criminal history reports, search warrant documents, records from the California Employment Development Department, and documents from internet service providers (ISPs).  The government will produce

additional discovery as necessary in accordance with its discovery obligations.

   b.   On December 20, 2022, defendant's current counsel substituted in as counsel of record.  Defense counsel is still reviewing the discovery and conducting his own investigation. Defense counsel has other active matters preventing full preparation of this matter on the current schedule, including the following:

   i.   May 8, 2023: People v. Michael Bates, Case No. NA121218, Los Angeles County, pretrial hearing;

   ii.   May 9, 2023: People v. Michael Bates, Case No. NA121218, Los Angeles County, pretrial hearing

   iii.   May 11, 2023: Smith v. County of Los Angeles et. al, Mediation, United States District Court, Eastern Division (2:22-cv-01977-MEWF-SHK).

   iv.   May 17, 2023: Jaymen Tinsley et al v. The Lofts on La Brea, A California Corporation et. al, Motion to Compel Discovery, Los Angele Superior Court (22STCV01937).

   v.   May 17, 2023: Christopher Mendoza v. City of Buckeye et. al, Out of State Mediation, United States District Court, District of Arizona (22STCV01937).

   vi.   June 16-17, 2023: State Bar of California Mandatory Commitment;

   vii.   August 18-19, 2023: State Bar of California Mandatory Commitment;

   viii.   September 8, 2023: Glazier v. County of Los Angeles et. al, Pre-Trial Conference, United States District Court, Eastern Division (2:20-cv-00924-SSS-RAO).

ix.   September 19, 2023: Glazier v. County of Los Angeles et. al, Trial Confirmation Hearing, United States District Court, Eastern District of California (2:18-cv-00319-DAD-AC) (Counsel is pro bono counsel for inmate litigant).

x.   September 25, 2023: Glazier v. County of Los Angeles et. al, Jury Trial, United States District Court, Eastern Division (2:20-cv-00924-SSS-RAO) – four days.

xi.   October 16, 2023: Glazier v. County of Los Angeles et. al, Jury Trial, United States District Court, Eastern District of California (2:18-cv-00319-DAD-AC) (Counsel is pro bono counsel for inmate litigant).

xii.   November 17, 2023: Jaymen Tinsley et al v. The Lofts on La Brea, A California Corporation et. al, Final Status Conference, United States District Court, Eastern District of California (22STCV01937).

xiii.   November 27, 2023: Jaymen Tinsley et al v. The Lofts on La Brea, A California Corporation et. al, Jury Trial, Los Angeles Superior Court (22STCV01937).

c.   In light of the foregoing, defense counsel also represents that additional time is necessary to confer with defendant, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur. Defense counsel represents that failure to grant the continuance would deny him reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4

1          d.   Defendant believes that failure to grant the

2     continuance will deny him continuity of counsel and adequate

3     representation.

4          e.   The government does not object to the continuance.

5          f.   The requested continuance is not based on congestion

6     of the Court's calendar, lack of diligent preparation on the part of

7     the attorney for the government or the defense, or failure on the

8     part of the attorney for the Government to obtain available

9     witnesses.

10         7.   For purposes of computing the date under the Speedy Trial

11    Act by which defendant's trial must commence, the parties agree that

12    the time period of June 13, 2023, to November 28, 2023, inclusive,

13    should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A),

14    (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a

15    continuance granted by the Court at defendant's request, without

16    government objection, on the basis of the Court's finding that:

17    (i) the ends of justice served by the continuance outweigh the best

18    interest of the public and defendant in a speedy trial; (ii) failure

19    to grant the continuance would be likely to make a continuation of

20    the proceeding impossible, or result in a miscarriage of justice; and

21    iii failure to grant the continuance would unreasonably deny

22    defendant continuity of counsel and would deny defense counsel the

23    reasonable time necessary for effective preparation, taking into

24    account the exercise of due diligence.

25         8.   Nothing in this stipulation shall preclude a finding that

26    other provisions of the Speedy Trial Act dictate that additional time

27    periods be excluded from the period within which trial must commence.

28    Moreover, the same provisions and/or other provisions of the Speedy

1  Trial Act may in the future authorize the exclusion of additional

2  time periods from the period within which trial must commence.

3          IT IS SO STIPULATED.

4   Dated: April 26, 2023              Respectfully submitted,

5                                      E. MARTIN ESTRADA
                                       United States Attorney
6
                                       SCOTT M. GARRINGER
7                                      Assistant United States Attorney
                                       Chief, Criminal Division
8

9                                             /s/
                                       _____
                                       KERRY L. QUINN
10                                     Assistant United States Attorney

11                                     Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA
12

13          I am ABDUL-MALIK MCCLAIN's attorney.  I have carefully discussed

14  every part of this stipulation and the continuance of the trial date

15  with my client. I have fully informed my client of his Speedy Trial

16  rights.  To my knowledge, my client understands those rights and

17  agrees to waive them.  I believe that my client's decision to give up

18  the right to be brought to trial earlier than November 28, 2023 is an

19  informed and voluntary one.

20  _____        _____
                                                    **May 2, 2023**
21  JUSTIN A. PALMER, ESQ.                    Date
    Attorney for Defendant
22  ABDUL-MALIK MCCLAIN

23

24          I have read this stipulation and have carefully discussed it

25  with my attorney. I understand my Speedy Trial rights.  I voluntarily

26  agree to the continuance of the trial date and give up my right to be

27  brought to trial earlier than November 28, 2023. I understand that I

28  will be ordered to appear in Courtroom 5A of the Federal Courthouse,

1   350 W. 1st Street, Los Angeles, California on November 28, 2023 at

2   8:30 am.

3   _____          5-3-23
                                              _____
                                              Date
4   ABDUL-MALIK MCCLAIN
    Defendant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28