UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.  **CR 21-580-MWF**                                    Dated: September 6, 2023
===============================================================
PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Amy Diaz | Kerry L. Quinn |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

===============================================================

U.S.A. vs (Dfts listed below)                Attorneys for Defendants

1.  Abdul-Malik McClain                  1.  Justin A. Palmer
    Present by Zoom - Waiver on file         Present - Retained

**PROCEEDINGS:**        **STATUS CONFERENCE**

　　Case called and counsel state their appearances. The defendant is present by Zoom, with a Waiver of Appearance on file. The Status Conference is held.

　　Court and counsel discuss the status of the case. The trial date remains set for December 5, 2023.

　　IT IS SO ORDERED.

MINUTES FORM 6                                            Initials of Deputy Clerk __rs__
CRIM -- GEN                                               ____:_10__